# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| BOB AARON MIKELL | ) | |
| | ) | |
| v. | ) | Case No. 6:09-CV-065 |
| | ) | 6:06-CR-026 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Bob Aaron Mikell has filed numerous objections to the Magistrate Judge's Report and Recommendation. The Court has examined his objections and observes that the Magistrate Judge has addressed the issues. This Court sees no justifiable reason to differ from the conclusions reached in the Report and Recommendation.

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this 3rd day of March, 2011.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia