UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| BOB AARON MIKELL | ) | |
| | ) | |
| v. | ) | Case No. CV609-065 |
| | ) | CR606-026 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

The Court **DENIES** as frivolous 28 U.S.C. § 2255 movant Bob Aaron Mikell's Fed. R. Civ. P. 60(b) Motion for Relief from judgment. CV606-026, doc. 1611.

**SO ORDERED** this  1st  day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA