UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| BOB AARON MIKELL ) | |
| ) | |
| v. ) | Case No. CV609-065 |
| ) | CR606-026 |
| UNITED STATES OF AMERICA ) | |

## ORDER

Bob Aaron Mikell's Objection (doc. 106) and latest Fed. R. Civ. P. 60 motion (doc. 107) are **OVERRULED** and **DENIED** respectively. The Court agrees with the Government: "Rule 60 is not a mechanism that permits litigants to resurrect closed cases just because they belatedly believe that they should have made a better or different argument. Mikell's criminal conviction is final, his § 2255 motion has been denied for years, and this Court's judgment should remain undisturbed." Doc. 108 at 3.

**SO ORDERED** this 19th day of May, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA