IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     *
    *
     v.     *     CR 606-026-10
    *
BOB AARON MIKELL     *

---

# O R D E R

---

On January 8, 2008, this Court sentenced Defendant Bob Aaron Mikell to 132 months in prison upon his plea of guilty to conspiracy to possess with intent to distribute and to distribute cocaine hydrochloride and cocaine base. Defendant was also sentenced to serve five years of supervised release. Further, the Court imposed a $100 special assessment and a $4800 fine.

In April 2017, Defendant was released and began his term of supervised release under the supervision of the United States Probation Office in Northern Virginia. Defendant moves for early termination of supervised release.

Defendant's supervising probation officer reports that he has been compliant with the terms and conditions of supervised release since he undertook his supervision in January 2020. Defendant has maintained a stable residence and steady employment, and he has not tested positive on any drug screen. Defendant, however, has

been sporadic in meeting his financial obligations recently and has failed to make a payment on his fine since June even though he is employed.   He currently owes a balance of $1,754.   For this reason, his supervising probation officer recommends maintaining Defendant on supervised release until his fine is paid.[1]

Upon due consideration of the recommendation of the Probation Office and the factors set forth in 18 U.S.C. § 3553(a), Defendant's motion for early termination of supervised release (doc. 1753) is **DENIED**.   The Clerk is directed to send a copy of this Order to Mr. Stanley Leigh, U.S. Probation Office, Albert V. Bryan United States Courthouse, 401 Courthouse Square, 3rd Floor, Alexandria, VA 22314-5704.

**ORDER ENTERED** at Augusta, Georgia, this _15th_ day of September, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]   Curiously, Defendant indicates in his motion that "U.S. Probation is in support of this request."   (Doc. 1753, at 1.)